UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 03-14077-CR-GRAHAM/LYNCH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSEPH A. DRAYTON,

    Defendant.

_____/

FILED by _____ D.C.

NOV - 3 2015

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

## REPORT AND RECOMMENDATION ON FINAL HEARING IN RESPECT TO PETITION ALLEGING VIOLATIONS OF SUPERVISED RELEASE

**THIS CAUSE** having come on to be heard for a final evidentiary hearing on November 3, 2015 in respect to the Petition Alleging Violations of Supervised Release and this Court having previously conducted a preliminary hearing on October 29, 2015, and otherwise being advised in the premises, makes the following recommendation to the District Court.

    1.    At the outset of this final evidentiary hearing, counsel for the government requested that this Court incorporate all of the evidence, testimony, and arguments received on the record at the preliminary hearing held before this Court on October 29, 2015. The government announced that they had no further evidence to present other than what is already in the record from the preliminary hearing.

    2.    Counsel for the Defendant announced that he had no objection to the Court incorporating the entire record from the preliminary hearing into the record for this final evidentiary hearing. Counsel for the Defendant announced that the Defendant had no evidence, witnesses, or argument to make in respect to this final evidentiary hearing.

3. The Defendant is charged in a Petition Alleging Violations of Supervised Release with the following violations:

| | |
|---|---|
| **Violation Number 1** | **Violation of Mandatory Condition**, by failing to refrain from a violation of the law. On or about October 1, 2015, in Jupiter, Florida, the defendant did commit the offense of possession of cocaine, contrary to Florida Statute 893.13(6A). |
| **Violation Number 2** | **Violation of Special Condition**, by failing to participate in the Location Monitoring Program. On October 1, 2015, the defendant had an approved schedule to remain at his employment between the hours of 3:30 p.m. and 2:30 a.m., and was not at that location as scheduled. |

4. This Court will incorporate the entire record from the preliminary hearing held on October 29, 2015 into the record for this final evidentiary hearing in the same fashion as if all of those matters were presented once again at this final evidentiary hearing. This Court entered an Order finding probable cause on October 29, 2015 [D.E. #52] at the conclusion of that preliminary hearing. All of the Court's findings and rulings set forth at the preliminary hearing and as incorporated by that Order are incorporated into this record.

**ACCORDINGLY**, based upon all of the evidence this Court received during the preliminary hearing as more specifically set forth in this Court's Order of October 29, 2015 [D.E. #52], this Court recommends to the District Court that the Defendant be found to have violated his supervised release in respect to Violations Numbers 1 and 2 of the Petition and that the District Court conduct a sentencing hearing at its earliest convenience for final dispostion of this matter.

The parties shall have fourteen (14) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable Donald L. Graham, the United States District Judge assigned to this case. Pursuant to Federal Rules of Criminal Procedure, Rule 59(b)(2), failure to file objections timely waives a party's right

to review and bars the parties from attacking on appeal any legal rulings and factual findings contained herein.

**DONE AND SUBMITTED** this ___ day of November, 2015, at Fort Pierce, Northern Division of the Southern District of Florida.

FRANK J. LYNCH, JR.
CHIEF UNITED STATES MAGISTRATE JUDGE

Copies furnished:
Hon. Donald L. Graham
AUSA Theodore M. Cooperstein
AFPD Fletcher Peacock
U. S. Probation (USPO Farinacci)
U. S. Marshal