```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
                  FORT PIERCE DIVISION
              CASE NO. 03-14077-CR-GRAHAM
```

UNITED STATES OF AMERICA

       Plaintiff,

vs.

JOSEPH A. DRAYTON,

       Defendant.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION IN THE PETITION FOR VIOLATION OF SUPERVISED RELEASE**

**THIS CAUSE** came before the Court upon the Petition for Violation of Supervised Release filed on October 20, 2015.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch, and a Evidentiary Hearing was held on November 3, 2015. A Report and Recommendation on Defendant's admissions to the violations set forth in the Petition for Violation of Supervised Release was filed on November 3, 2015. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation. The Court has conducted a <u>de novo</u> review of the entire file, Accordingly, it is

**ORDERED AND ADJUDGED** that Magistrate Judge Lynch's Report and Recommendation on the violations set forth in the Petition for Violation of Supervised Release is hereby Adopted and Approved in its entirety.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 5th day of January, 2015.

                                    _____
                                    DONALD L. GRAHAM
                                    UNITED STATES DISTRICT JUDGE

```
Copied: Magistrate Judge Frank J. Lynch
        Theodore Cooperstein, AUSA
        Fletcher Peacock, AFPD
```